IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSHUA E. PARKER, | ) |
| Plaintiff, | ) ) ) |
| VS. | ) ) NO. CV 08-134-GPM-PMF |
| TECO BARGE LINE, | ) ) ) |
| Defendant. | ) |

**PRESENT   HONORABLE PHILIP M. FRAZIER, U.S. MAGISTRATE JUDGE**

Judicial Assistant: Mary T. Adams          COURT REPORTER: N/A

DATE: September 26, 2008                   LOCATION: Benton, Illinois

Counsel for Plaintiff:

Counsel for Defendants:

## MINUTE ORDER & NOTICE

PROCEEDINGS:

Upon the request of plaintiff's counsel, a Discovery Dispute Conference VIA TELEPHONE is set for **9/30/08 @ 9:45 a.m.**, before the Hon. Philip M. Frazier.  Attorney for plaintiff is responsible for placing the conference call between the parties and the Court.  Telephone Number for Chambers is: **618/439-7750.**   NO FURTHER NOTICE SHALL BE ISSUED.

                                                         *s/Philip M. Frazier*
                                                         **PHILIP M. FRAZIER**
                                                         **UNITED STATES MAGISTRATE JUDGE**